IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:17-CR-62-MTT-CHW |
| v. | VIOLATIONS: |
| ROOSEVELT COATS, III | 18 U.S.C. § 922(g)(1) |
| Defendant | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about January 20, 2017, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ROOSEVELT COATS, III,**

Defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit: one (1) Marlin, Glenfield model 75C, .22 caliber rifle, serial number 19414033; all in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

G.F. PETERMAN, III
UNITED STATES ATTORNEY

*C. Shanelle Booker*
C. SHANELLE BOOKER
Assistant United States Attorney

Filed in open court this 16 day of NOV, 2017.

*Causton*
Deputy Clerk